Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

JS-6

Attorneys for Plaintiff
Jason Neal Pruitt

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION-RIVERSIDE

| | |
|---|---|
| JASON NEAL PRUITT, | Case No.: 5:19-cv-00778-KES |
| Plaintiff, | /~~PROPOSED~~/ ORDER OF DISMISSAL |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:  September 17, 2019

*Karen E. Scott*

THE HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

-1-